Jeremy C. Lieb
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, FRIENDS OF THE EARTH, and GREENPEACE, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT; UNITED STATES FISH AND WILDLIFE SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and CHAD B. PADGETT, in his official capacity as Alaska State Director of Bureau of Land Management, <br><br> *Defendants*. | Case No. 3:20-cv-00308-HRH |

**PLAINTIFFS' NOTICE OF RELATED CASE
UNDER LOCAL CIVIL RULES 3.1(b) 16.1(e)**

Pursuant to Local Civil Rules 3.1(b) and 16.1(e), Plaintiffs hereby submit this notice of related case. The rated case is *Sovereign Iñupiat for a Living Arctic et al. v. Bureau of Land Management et al.*, No. 3:20-cv-00290-SLG (D. Alaska), filed on November 17, 2020.

Both cases challenge the Bureau of Land Management's approval of ConocoPhillips Alaska, Inc.'s Willow Master Development Plan, a massive oil and gas development in the National Petroleum Reserve-Alaska, and the United Stated Fish and Wildlife Service's decision to issue a biological opinion for the plan. The cases thus concern "the same . . . property, transaction, or events," and "substantially the same" defendants, L.Civ.R. 3.1(b)(1). The cases are brought by different plaintiff groups.

The cases also concern substantially similar claims, under the National Environmental Policy Act, Endangered Species Act, and Administrative Procedure Act. The specific violations at issue are, however, distinct. Additionally, the *Sovereign Iñupiat for a Living Arctic* case asserts counts not alleged here under the Federal Land Policy and Management Act.

Plaintiffs believe that assigning both matters to a single judge of the Court would help avoid the potential for conflicting results. L.Civ.R. 3.1(b)(2). They do not request consolidation of the cases.

Respectfully submitted this 21st day of December, 2020.

        *s/ Jeremy Lieb*
        Jeremy C. Lieb (Alaska Bar No. 1810088)
        Eric P. Jorgensen (Alaska Bar No. 8904010)
        EARTHJUSTICE

        *Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, a copy of foregoing PLAINTIFFS' NOTICE OF RELATED CASE UNDER LOCAL CIVIL RULES 3.1(b) 16.1(e) was served by first class mail, certified and return receipt requested, on the following:

Bureau of Land Management
760 Horizon Drive
Grand Junction, CO 81506

United States Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

United States Department of the Interior
1849 C Street, NW
Washington, DC 20240

David Bernhardt, Secretary
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Chad B. Padgett, Alaska State Director
Bureau of Land Management
222 W 7th Avenue #13
Anchorage, AK 99513

William Barr, Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney, District of Alaska
United States Department of Justice
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513

     *s/ Jeremy Lieb*
     Jeremy Lieb