Jeremy C. Lieb
Ian S. Dooley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: idooley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | )<br>) Case No. 3:20-cv-00308-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | )<br>) |
| *Defendants*, | )<br>) |
| CONOCOPHILLIPS ALASKA, INC., | )<br>) |
| *Intervenor-Defendant.* | )<br>)<br>) |

**PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION TO STAY
LOCAL CIVIL RULE 16.3 DEADLINES**

Plaintiffs and Federal Defendants respectfully request that the Court stay the deadline for motions to supplement the administrative record pursuant to Local Civil Rule 16.3(b)(2) and the briefing schedule set by Local Rule 16.3(c) until February 19, 2021. Plaintiffs and Federal Defendants will file a proposed schedule or other appropriate motion with the Court by that date. Plaintiffs have filed a notice of appeal of the Court's decision denying Plaintiffs' motion for preliminary injunction, Doc. No. 44, and expect to seek an injunction pending appeal in the Court of Appeals. Considering this pending appeal, a stay of these deadlines is necessary to permit the parties to discuss the appropriate schedule for record review and briefing this matter. Counsel for Intervenor-Defendant ConocoPhillips Alaska, Inc. has indicated that it opposes a stay but is not opposed to a two-week extension of the existing deadlines.

Respectfully submitted this 5th day of February, 2021.

*s/ Jeremy Lieb*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Ian S. Dooley (Alaska Bar No. 2006059)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc.*


JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*s/ Caitlin Cipicchio (consent)*
CAITLIN CIPICCHIO, Trial Attorney

Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
150 M St. NE
Washington, D.C. 20002
Tel: (202) 305-0503
Fax: (202) 305-0506

*Attorneys for Federal Defendants*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 142 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

Respectfully submitted this 5th day of February, 2021.

       *s/ Jeremy Lieb*
       Jeremy Lieb