Jeremy C. Lieb
Ian S. Dooley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: idooley@earthjustice.org

Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:20-cv-00308-SLG<br>) |
| BUREAU OF LAND MANAGEMENT *et al.*, | )<br>) |
| *Defendants*, | )<br>) |
| CONOCOPHILLIPS ALASKA, INC., | )<br>) |
| *Intervenor-Defendant*. | )<br>)<br>) |

## NOTICE REGARDING TRANSCRIPT DESIGNATION

The parties have agreed that no transcripts are necessary for the appeal. Pursuant to Circuit Rule 10-3.1(c), Plaintiffs-Appellants Center for Biological Diversity *et al.* hereby provide notice that no transcripts will be ordered. A copy of the Transcript Designation Form is attached.

Respectfully submitted this 10th day of February, 2021.

*s/ Jeremy Lieb*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Ian S. Dooley (Alaska Bar No. 2006059)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc.*