Tyson C. Kade
Jonathan D. Simon
Melinda L. Meade Meyers
VAN NESS FELDMAN, LLP
1050 Thomas Jefferson Street, NW
Seventh Floor
Washington, DC 20007
Tel.: 202.298.1800
Fax: 202.338.2416
Email: tck@vnf.com
    jxs@vnf.com
    mmeademeyers@vnf.com

*Counsel for North Slope Borough*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants,<br>and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>Intervenor-Defendant. | Case No. 3:20-cv-00308-SLG |

## NOTICE OF APPEARANCE

TO:        The Clerk of the Court

AND TO:    Counsel of Record

NOTICE OF APPEARANCE – 1
*Ctr. For Biological Diversity, et al., v. Bureau of Land Mgmt., et al.*, Case No. 3:20-cv-00308-SLG

PLEASE TAKE NOTICE that Jonathan D. Simon hereby notifies the Court and Counsel of Record of his appearance as counsel for [Proposed] Intervenor-Defendant North Slope Borough in the above-captioned matter in addition to Tyson C. Kade and Melinda L. Meade Meyers. Mr. Simon has established a CM/ECF account with the Court in accordance with Local Rules. Please send all pleadings, filings, and correspondence to the following address:

>Jonathan D. Simon
>VAN NESS FELDMAN, LLP
>1050 Thomas Jefferson Street, NW
>Seventh Floor
>Washington, DC 20007
>Tel.: 202.298.1800
>Fax: 202.338.2416
>Email: jxs@vnf.com

DATED this 30th day of March 2021.

>/s/ Jonathan D. Simon
>Tyson C. Kade, D.C. Bar # 1018014, *Pro Hac Vice*
>Jonathan D. Simon, Alaska Bar # 0911069
>Melinda L. Meade Meyers, Alaska Bar # 2006053
>VAN NESS FELDMAN, LLP
>1050 Thomas Jefferson Street, NW
>Seventh Floor
>Washington, DC 20007
>Tel.: 202.298.1800
>Fax: 202.338.2416
>Email: tck@vnf.com
>         jxs@vnf.com
>         mmeademeyers@vnf.com
>
>*Counsel for North Slope Borough*

NOTICE OF APPEARANCE – 2
*Ctr. For Biological Diversity, et al., v. Bureau of Land Mgmt., et al.*, Case No. 3:20-cv-00308-SLG
Case 3:20-cv-00308-SLG   Document 80   Filed 03/30/21   Page 2 of 3

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 30th day of March 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United District Court – District of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00308-SLG who are registered CM/ECF users will be served electronically by the CM/ECF system.

                                          /s/ Jonathan D. Simon
                                          Jonathan D. Simon

NOTICE OF APPEARANCE – 3
*Ctr. For Biological Diversity, et al., v. Bureau of Land Mgmt., et al.*, Case No. 3:20-cv-00308-SLG

Case 3:20-cv-00308-SLG   Document 80   Filed 03/30/21   Page 3 of 3