**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　Defendants,<br><br>　　and<br><br>CONOCOPHILLIPS ALASKA, INC.,<br><br>　　　　Intervenor-Defendant. | Case No. 3:20-cv-00308-SLG |

### ORDER RE PLAINTIFFS' MOTION TO ALIGN BRIEFING SCHEDULE WITH RELATED CASE

Before the Court at Docket 77 is *Plaintiffs' Motion to Align Briefing Schedule with Related Case*. Federal Defendants do not oppose the motion. Intervenor-Defendant ConocoPhillips filed a response in opposition to the motion at Docket 82. Plaintiffs filed a reply to Intervenor-Defendant's opposition at Docket 83.

The Court entered an ordered adopting the briefing scheduled proposed by the parties one month ago, on March 3, 2021 (Docket 65). Currently, Plaintiffs opening brief is due on April 12, 2021. Plaintiffs now seek to vacate that order and instead align the briefing schedule with the briefing schedule in the related case, *Sovereign Iñupiat, et al. v. Bureau of Land Management*, Case No. 3:20-cv-00290-

SLG. The parties in that case recently stipulated to a briefing schedule in which the plaintiffs' opening brief is due on April 23, 2021.[1] Plaintiffs indicate that Federal Defendants are not opposed to the motion. Intervenor-Defendant is opposed; it asserts that adjusting the briefing schedule in this case is contrary to its goal of expeditious resolution of both cases.

Plaintiffs maintain that they may be prejudiced "by having an inadequate opportunity, or no opportunity, to reply to arguments on overlapping issues" raised by the defendants in the related case.[2] Currently, Plaintiffs' reply brief in this case is due June 1, 2021. The opposition briefs in the related case are due on May 26, 2021. Memorial Day falls in between—on May 31, 2021. Hence, Plaintiffs' concern has considerable merit. In the related case, the reply brief is due on June 11, 2021.

The Court finds that aligning the briefing schedule is warranted to accord Plaintiffs in this case the opportunity to review and address Defendants' opposition in the related case. It would also permit Defendants and Intervenor-Defendant to each file one brief that addresses both cases—a process that the Court strongly encourages.

For the foregoing reasons, the motion at Docket 77 is GRANTED; the briefing schedule in this case shall be the same as the schedule in the related case

---

[1] Case No. 3:20-cv-00290, Docket 85.

[2] Docket 77 at 3.

Case No. 3:20-cv-00308-SLG, *Center for Biological Diversity, et al. v. BLM, et al.*
Order re Plaintiffs' Motion to Align Briefing Schedule with Related Case
Page 2 of 3
Case 3:20-cv-00308-SLG   Document 84   Filed 04/05/21   Page 2 of 3

and shall be as follows:

1. Plaintiffs will submit their opening brief on or before April 23, 2021;

2. Defendants and Intervenor-Defendant will submit their briefs in opposition on or before May 26, 2021;

3. Plaintiffs will submit their reply brief on or before June 11, 2021; and

4. The parties will submit an appendix of the record on or before June 25, 2021.

The request for Plaintiffs' counsel to attend the hearing on April 5, 2021, is DENIED as moot.

DATED this 5th day of April, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00308-SLG, *Center for Biological Diversity, et al. v. BLM, et al.*
Order re Plaintiffs' Motion to Align Briefing Schedule with Related Case
Page 3 of 3
Case 3:20-cv-00308-SLG   Document 84   Filed 04/05/21   Page 3 of 3