Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for ConocoPhillips Alaska, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SOVEREIGN IÑUPIAT FOR A LIVING ARCTIC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants, <br> and <br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | No.: 3:20-cv-00290-SLG |
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. <br> and <br> CONOCOPHILLIPS ALASKA, INC., et al., <br><br> Intervenor-Defendants. | No.: 3:20-cv-00308-SLG |

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG

1

## NOTICE OF SUPPLEMENT TO JOINT APPENDIX

Pursuant to the Court's orders at Docket 116 [1] and Docket 110, [2] the parties conventionally filed the Joint Appendix containing excerpts of the record that are cited or otherwise relied upon by the parties in their respective briefs. The parties lodged a single Joint Appendix for both cases captioned above on USB flash drive with the Clerk of Court. The Joint Appendix contained on the USB flash drive inadvertently omitted one document from the BLM administrative record relied upon by the parties. That document is identified below and attached hereto as a supplement to the Joint Appendix.

| Bates Range | Document |
| --- | --- |
| BLM_AR 176043-176055 | Joly et al. (2010) Winter habitat selection by caribou in relation to lichen abundance, wildfires, grazing, and landscape characteristics in northwest Alaska |

Respectfully submitted,

DATED: June 25, 2021.

STOEL RIVES LLP

By: */s/ James C. Feldman*
 RYAN P. STEEN (Bar No. 0912084)
 JASON T. MORGAN (Bar No. 1602010)
 JAMES C. FELDMAN (Bar No. 1702003)

*Attorneys for ConocoPhillips Alaska, Inc.*

---

[1] *Sovereign Iñupiat for a Living Arctic, et al. v. BLM et al.*, No.: 3:20-cv-00290-SLG.

[2] *Center for Biological Diversity, et al. v. BLM et al.*, No.: 3:20-cv-00308-SLG.

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG
2

Case 3:20-cv-00308-SLG   Document 113   Filed 06/25/21   Page 2 of 3

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

# CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:20-cv-00290-SLG and 3:20-cv-00308-SLG who are registered CM/ECF users will be served by the CM/ECF system.

| | |
|---|---|
| Brian Litmans | blitmans@trustees.org |
| Bridget Earley Psarianos | bpsarianos@trustees.org |
| Brook Brisson | bbrisson@trustees.org |
| Suzanne Bostrom | sbostrom@trustees.org |
| Jeremy C. Lieb | jlieb@earthjustice.org |
| Ian S. Dooley | idooley@earthjustice.org |
| Eric P. Jorgensen | ejorgensen@earthjustice.org |
| Caitlin Marie Cipicchio | ccipicchio@Enrd.usdoj.gov |
| Eric B. Fjelstad | efjelstad@perkinscoie.com |
| John Michael Ptacin | john.ptacin@alaska.gov |
| Rickey Doyle Turner, Jr. | Rickey.Turner@usdoj.gov |
| Stacey M. Bosshardt | sbosshardt@perkinscoie.com |
| Jonathan David Ptacin | john.ptacin@alaska.gov |
| Laura Jill Glickman | laura.glickman@usdoj.gov |
| Michele Walter | michele.walter@usdoj.gov |
| Ronald Walter Opsahl | ron.opsahl@alaska.gov |
| Tyson C. Kade | tck@vnf.com |
| Jonathan David Simon | jxs@vnf.com |
| Melinda Louise Meade Myers | mmeademeyers@vnf.com |

*/s/James C. Feldman*
James C. Feldman

111427067.1 0028116-00157

*Sovereign Iñupiat for a Living Arctic et al. v. BLM et al.* - Case No. 3:20-cv-00290-SLG
*Center for Biological Diversity, et al. v. BLM et al.* - Case No. 3:20-cv-00308-SLG

3