JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
CAITLIN CIPICCHIO
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-305-0503
caitlin.cipicchio@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT, *et al.*, Federal Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC., *et al.*, Intervenor-Defendants. | Case No. 3:20-cv-00308-SLG |

**DEFENDANTS' NOTICE OF FILING SECOND
SUPPLEMENT TO BLM'S ADMINISTRATIVE RECORD**

Federal Defendants, by and through undersigned counsel, hereby provide notice of filing a Second Supplement to the Administrative Record of the U.S. Bureau of Land Management ("BLM"). This Supplement is supplied pursuant to a request from Plaintiffs Center for Biological Diversity, *et al.*, at oral argument on July 12, 2021. The supplement consists of the oil and gas leases comprising the area covered by the Willow

Project challenged in this case. Each lease states that it "grant[s] the exclusive right to drill for, mine, extract, remove and dispose of all the oil and gas (except helium) in the lands described" and "the right to build and maintain necessary improvements." *See, e.g.*, AR400001. A declaration certifying the contents of the Second Supplement to BLM's Administrative Record is filed herewith as Exhibit 1. An index of the Second Supplement to BLM's Administrative Record is filed herewith as Exhibit 2. BLM's Second Supplement is filed herewith as Exhibits 3-4. Counsel for all parties will receive their copies of the Supplement via ECF.

Respectfully submitted this 16th day of July, 2021.

>JEAN E. WILLIAMS
>Acting Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Div.
>
>  */s/ Caitlin Cipicchio*
>CAITLIN CIPICCHIO
>Trial Attorney, Natural Resources Section
>P.O. Box 7611
>Washington, D.C. 20044
>202-305-0503
>202-305-0506 (fax)
>caitlin.cipicchio@usdoj.gov
>
>*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2021, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

>  */s/ Caitlin Cipicchio*
>Caitlin Cipicchio