Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org

Eric P. Jorgensen
Layla A. Hughes
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org
E: lhughes@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, ) ) *Plaintiffs*, ) ) v. ) ) BUREAU OF LAND MANAGEMENT *et al.*, ) ) *Defendants*, ) ) CONOCOPHILLIPS ALASKA, INC. *et al.*, ) ) *Intervenor-Defendants*. ) ) | Case No. 3:20-cv-00308-SLG |

**RESPONSE TO DEFENDANTS' SECOND SUPPLEMENT TO BLM'S ADMINISTRATIVE RECORD**

Plaintiffs agree that the leases for the area covered by the Willow Project are properly part of the administrative record. *See* Doc. 118. In addition to the terms highlighted by Federal Defendants in their notice, Plaintiffs note that the leases also specify, among other things, that BLM may require "modification to siting or design of facilities [and] timing of operations," *e.g.*, AR400002 (Sec. 6), that it may "specify rates of development and production in the public interest," *id.* (Sec. 4), and that the rights granted to the lessee are subject to applicable laws, regulations, and secretarial orders. *E.g.*, AR400001.

Respectfully submitted this 19th day of July, 2021.

*s/ Jeremy Lieb*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Erik Grafe (Alaska Bar No. 0804010)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Ian S. Dooley (Alaska Bar No. 2006059)
Layla A. Hughes (Alaska Bar No. 0312094)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc.*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 99 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

Respectfully submitted this 19th day of July, 2021.

      *s/ Jeremy Lieb*
      Jeremy Lieb

*CBD et al. v. BLM et al.,*
Case No. 3:20-cv-00308-SLG     2

Case 3:20-cv-00308-SLG   Document 119   Filed 07/19/21   Page 3 of 3