# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br>    *Plaintiffs*, <br><br>    v. <br><br>BUREAU OF LAND MANAGEMENT *et al.*, <br><br>    *Defendants*, <br><br>CONOCOPHILLIPS ALASKA, INC. *et al.*, <br><br>    *Intervenor-Defendants*. | Case No. 3:20-cv-00308-SLG |

## DECLARATION OF KRISTEN MONSELL

I, Kristen Monsell, hereby declare:

1. I am the Oceans Legal Director and Senior Attorney for the Center for Biological Diversity (the Center). I am familiar with the Center's mission, purpose, and activities.

2. The Center is exempt from taxation under section 501(c)(3) of the Internal Revenue Code and has fewer than 500 full-time employees. This was true when the complaint in this action was filed in December 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2021      By: *[signature]*

_____
Kristen Monsell
Oceans Legal Director & Senior Attorney
Center for Biological Diversity