# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CENTER FOR BIOLOGICAL DIVERSITY *et al.*,

   *Plaintiffs*,

   v.

BUREAU OF LAND MANAGEMENT *et al.*,

   *Defendants*,

CONOCOPHILLIPS ALASKA, INC. *et al.*,

   *Intervenor-Defendants*.

Case No. 3:20-cv-00308-SLG

## DECLARATION OF HALLIE TEMPLETON

**Exhibit 2, page 1 of 2**

I, Hallie Templeton, hereby declare:

1. I am the Legal Director for Friends of the Earth (FoE). I am familiar with FoE's mission, purpose, and activities.

2. FoE is exempt from taxation under section 501(c)(3) of the Internal Revenue Code and has fewer than 500 full-time employees. This was true when the complaint in this action was filed in December 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/17/2021

By: *Hallie Templeton*
Hallie Templeton
Legal Director
Friends of the Earth