# FEES SUMMARY TABLE

|  | Name | Total Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| **Attorneys:** | | | | |
|  | Dooley, Ian | 248.30 | $210.00 | $52,143.00 |
|  | Grafe, Erik | 121.00 | $375.00 | $45,375.00 |
|  | Jorgensen, Eric | 240.80 | $400.00 | $96,320.00 |
|  | Lieb, Jeremy | 703.90 | $285.00 | $200,611.50 |
|  | **Total:** | **1,314.00** | | **$394,449.50** |
| **Legal Contractor:** | | | | |
|  | Hughes, Layla | 302.90 | $375.00 | $113,587.50 |
|  | **Total:** | **302.90** | | **$113,587.50** |
| **Litigation Paralegals:** | | | | |
|  | Korhonen-Penn, Iris | 151.20 | $135.00 | $20,412.00 |
|  | Saunders, Sarah | 20.40 | $135.00 | $2,754.00 |
|  | **Total:** | **171.60** | | **$23,166.00** |
|  | **Grand Total:** | **1,788.50** | | **$531,203.00** |

**Exhibit 3, Attachment A, page 1 of 17**

| Timekeeper | Date | Hours | Description |
|---|---|---|---|
| **Dooley, Ian** | 09/24/2020 | 4.10 | Research and drafting for client memo. Corresponding with team |
| | 10/27/2020 | 1.50 | Reviewing draft complaint |
| | 11/11/2020 | 0.80 | Reviewing declaration for Rosemary |
| | 11/12/2020 | 0.50 | Drafting substantive email to send to team re delay alternative and memo |
| | 11/19/2020 | 2.00 | Drafting complaint |
| | 11/20/2020 | 3.20 | Revising and editing draft complaint, drafting and sending supplemental research email to EJ and JL |
| | 11/23/2020 | 3.70 | Reviewing ESA statute and Willow BiOp |
| | 11/24/2020 | 2.60 | Researching 60 notice letter |
| | 11/25/2020 | 1.00 | Research 60 day letter |
| | 11/26/2020 | 1.50 | Reading Biop |
| | 11/28/2020 | 4.00 | Reading biop and related docs |
| | 11/29/2020 | 1.00 | Research on "reasonably certain" |
| | 11/30/2020 | 4.20 | Supplemental research |
| | 12/01/2020 | 5.10 | Researching "reasonable certainty" standard re ESA claim |
| | 12/03/2020 | 1.00 | Research on ESA claim (reasonably certain standard) |
| | 12/03/2020 | 1.00 | Drafting memo re ESA claim (reasonably certain standard) |
| | 12/03/2020 | 2.00 | Drafting substantive email regarding ESA claim |
| | 12/04/2020 | 1.00 | Research on ESA claim |
| | 12/04/2020 | 1.00 | Meeting with client re ESA claim |
| | 12/05/2020 | 3.40 | Polar bear research |
| | 12/06/2020 | 5.70 | Polar bear, ESA research |
| | 12/07/2020 | 7.00 | Reading liberty decision, supplemental research |
| | 12/08/2020 | 1.30 | Reading liberty opinion |
| | 12/09/2020 | 4.20 | Reviewing, comparing, contrasting liberty/draft complaint, drafting and sending email to team. Reviewing docs from client |
| | 12/09/2020 | 2.60 | Reviewing TOA, complaint, reviewing Liberty, drafting and sending email to team, team meeting |
| | 12/14/2020 | 1.40 | Reviewing information on reasonably certain standard and drafting and sending follow-up email to client |
| | 12/15/2020 | 1.00 | Research on ESA claim |
| | 12/15/2020 | 1.50 | Drafting substantive memo to team re ESA claim |
| | 12/16/2020 | 0.50 | Drafting substantive email to team re ESA claim |
| | 12/17/2020 | 1.00 | Drafting 60 day letter |
| | 12/17/2020 | 1.00 | Researching irreparable harm to polar bears from blasting |
| | 12/17/2020 | 1.50 | Drafting substantive email to team re harm |
| | 12/18/2020 | 3.00 | Research and drafting substantive memo re PI harm (noise effects/blasting) |
| | 12/18/2020 | 0.50 | Reviewing 60 day letter |
| | 12/18/2020 | 1.00 | Team call |
| | 12/18/2020 | 0.50 | Follow-up research on PI question |
| | 12/19/2020 | 1.00 | Willow meeting |
| | 12/21/2020 | 2.30 | Revising 60 day letter |
| | 12/23/2020 | 4.50 | Cite check, reading TOA complaint, correspondence |
| | 01/15/2021 | 3.70 | Reading briefs, corresponding with team |
| | 01/16/2021 | 1.00 | Research on harm |
| | 01/16/2021 | 1.00 | Team meeting |
| | 01/17/2021 | 2.00 | Researching claim-splitting issue and drafting email to team for reply |
| | 01/17/2021 | 3.00 | Drafting memo re harm |
| | 01/17/2021 | 2.00 | Draft reply harm argument |
| | 01/18/2021 | 1.00 | Supplemental research re standing for reply |
| | 01/19/2021 | 5.00 | Drafting portion of reply |
| | 01/20/2021 | 6.00 | Research, drafting, editing |
| | 02/01/2021 | 3.10 | Reading Willow decision, corresponding with team |
| | 02/02/2021 | 4.80 | Reviewing IPA, research |
| | 02/03/2021 | 1.00 | Cite check |
| | 02/04/2021 | 8.00 | Draft and edit IPA |

|  | 02/05/2021 | 6.00 | Draft and edit IPA |
|---|---|---|---|
|  | 02/06/2021 | 1.00 | Reading IPA decision, corresponding with team |
|  | 02/09/2021 | 0.60 | Team planning meeting |
|  | 02/10/2021 | 11.90 | Drafting/researching IPA |
|  | 02/17/2021 | 2.10 | Reviewing briefs for additional AR inclusion needs, strategy meeting for opening brief, corresponding with Jeremy |
|  | 02/23/2021 | 0.60 | Meeting on withdrawing appeal, settlement |
|  | 03/25/2021 | 0.40 | Reviewing motion, emailing with team |
|  | 03/26/2021 | 2.30 | Reviewing answer |
|  | 03/29/2021 | 0.10 | Reading update from Jeremy |
|  | 03/31/2021 | 2.90 | Factual research, reviewing documents, emails to team |
|  | 04/01/2021 | 2.80 | Draft reply brief |
|  | 04/04/2021 | 2.00 | Reviewing draft brief SOL sections, editing, providing redline |
|  | 04/09/2021 | 2.50 | Reviewing draft brief |
|  | 04/19/2021 | 0.20 | Email with team about caribou research |
|  | 04/22/2021 | 1.20 | Cite checking/proofing brief |
|  | 05/12/2021 | 0.60 | Research on standard leases, emailing with team |
|  | 05/27/2021 | 3.50 | Reading response briefs |
|  | 05/27/2021 | 2.20 | Analyzing, preparing draft questions and comments for team on caribou claim |
|  | 05/27/2021 | 0.80 | Reviewing response briefs |
|  | 05/28/2021 | 2.60 | Team meeting on responses and mapping out reply strategy |
|  | 05/31/2021 | 2.40 | Research for reply brief, caribou |
|  | 06/01/2021 | 4.30 | Researching discretion issue |
|  | 06/02/2021 | 6.00 | Research and drafting email memo for team on discretion issue |
|  | 06/02/2021 | 2.50 | Researching for caribou reply argument |
|  | 06/03/2021 | 8.80 | Research for caribou reply |
|  | 06/04/2021 | 8.10 | Drafting outline and first draft of caribou section for reply brief |
|  | 06/05/2021 | 1.70 | Responding to comment on caribou draft reply section |
|  | 06/06/2021 | 4.40 | Drafting and revising caribou section of reply |
|  | 06/07/2021 | 6.10 | Drafting reply, corresponding with team on outstanding issues re caribou, supplemental research |
|  | 06/08/2021 | 0.80 | Talking with Eric and Jeremy re redrafting caribou section |
|  | 06/08/2021 | 6.10 | Redrafting caribou section of brief |
|  | 06/08/2021 | 1.00 | ESA research and drafting |
|  | 06/09/2021 | 2.60 | Editing reply, supplemental research on applicable standards |
|  | 06/10/2021 | 2.10 | Reviewing draft, discussing lichen issue with team |
|  | 06/11/2021 | 3.10 | Research for reply brief |
|  | 07/06/2021 | 2.00 | Prepare for moot |
|  | 07/08/2021 | 6.40 | Willow moot OA, drafting questions on caribou argument |
|  | 07/09/2021 | 1.90 | OA moot |
|  | 07/12/2021 | 2.50 | Attend Oral Argument |
|  | 07/19/2021 | 0.20 | Reviewing notice for defendants late motion to supplement the record |
|  | 08/18/2021 | 1.30 | Reviewing decision |
|  | **Total:** | **248.30** |  |
| **Grafe, Erik** | 01/13/2021 | 1.00 | GHG claim work in anticipation of opposition briefs |
|  | 01/14/2021 | 1.00 | GHG prep work |
|  | 01/16/2021 | 1.00 | Additional work on GHG and SOL claims |
|  | 01/16/2021 | 1.00 | Call re reply brief |
|  | 01/17/2021 | 2.60 | Work on reply brief GHG and SOL sections |
|  | 01/18/2021 | 2.40 | Work on PI brief, SOL and GHG |
|  | 01/20/2021 | 2.10 | Work on brief for PI--harms review and merits review |
|  | 01/21/2021 | 3.80 | Work on helping to finalize brief--GHG and SOL and standing / claims splitting |
|  | 02/01/2021 | 3.50 | Call and review of order |
|  | 02/02/2021 | 1.00 | Appeal discussion and work w/ team |
|  | 02/03/2021 | 4.80 | Work on SOL and GHG and other parts of Willow brief IPA |
|  | 02/04/2021 | 9.40 | Work on IPA motion, calls and emails re same and drafting |

| | | | |
|---|---|---|---|
| | 02/05/2021 | 4.90 | Work on IPA motion |
| | 02/09/2021 | 0.60 | Team call re reply |
| | 02/10/2021 | 6.50 | Work on GHG and SOL sections of the Willow reply brief on IPA |
| | 02/17/2021 | 3.50 | Team call; work identifying research questions; misc emails re same |
| | 02/18/2021 | 1.00 | Calls and background research re opening brief in the appeal |
| | 02/19/2021 | 2.00 | Scheduling calls internally and with TfA re scheduling and briefing and follow-up emails and work on research for opening brief |
| | 02/23/2021 | 1.00 | Misc re appeal and scheduling |
| | 03/30/2021 | 1.50 | Work on brief |
| | 03/31/2021 | 1.50 | SOL briefing work |
| | 04/01/2021 | 2.00 | Work on brief re sol |
| | 04/02/2021 | 2.40 | Work on sol brief; misc emails |
| | 04/05/2021 | 0.50 | Drafts review |
| | 04/19/2021 | 1.40 | Work on brief revisions and emails |
| | 04/20/2021 | 2.50 | Emails and work on SOL section; review other sections; call with eric and jl, id, lh and team |
| | 04/21/2021 | 2.00 | Review brief and related work and emails |
| | 04/22/2021 | 3.10 | Calls and work on brief--ghg and sol |
| | 05/27/2021 | 1.80 | Review of briefs in prep for reply |
| | 05/28/2021 | 4.90 | Team meeting re reply brief; work on SOL response |
| | 06/01/2021 | 0.80 | Work on reply |
| | 06/02/2021 | 3.00 | Work on reply brief |
| | 06/06/2021 | 5.00 | SOL and GHG reply brief work |
| | 06/07/2021 | 1.90 | Work on reply |
| | 06/08/2021 | 5.40 | Work on reply; SOL and GHG and reviewing other sections |
| | 06/09/2021 | 1.70 | SOL and GHG brief work |
| | 06/10/2021 | 1.90 | SOL and GHG brief work |
| | 06/11/2021 | 2.50 | Work on Willow SOL research for final case citations |
| | 06/17/2021 | 0.80 | Convs re next steps and oral argument |
| | 06/18/2021 | 2.10 | OA scheduling notice and conversations re same |
| | 07/02/2021 | 2.00 | OA questions and research re SOL |
| | 07/02/2021 | 0.90 | Emails with jl and ji and research re SOL and presumption of admin review |
| | 07/06/2021 | 3.00 | OA moot; prep; work on ghg responses for moot |
| | 07/07/2021 | 4.90 | Call w jl, ej, lh re OA prep; work on GHG and SOL OA points |
| | 07/08/2021 | 2.80 | QA prep session and research re SOL |
| | 07/09/2021 | 1.90 | Oral argument prep with JL and team |
| | 07/11/2021 | 1.20 | OA prep session with jeremy, ian, eric |
| | 07/12/2021 | 2.50 | Prep for and attending OA |
| | **Total:** | **121.00** | |
| **Hughes, Layla** | 12/10/2020 | 1.00 | Review BiOp and polar bear studies |
| | 12/11/2020 | 0.50 | Review Willow complaint discussion |
| | 12/15/2020 | 1.50 | Willow discussion w/ Lieb, Jorgensen, Dooley |
| | 12/16/2020 | 3.20 | Review email discussion and cases re nexus between harm and claim and injury |
| | 12/18/2020 | 1.30 | Review CBD info re Willow ESA issues |
| | 12/18/2020 | 2.30 | PI research re harm to polar bears |
| | 12/18/2020 | 1.20 | Draft PI harm |
| | 12/18/2020 | 1.00 | Call w/ EJ Willow team re PI decision |
| | 12/19/2020 | 4.90 | Draft PI; review PI research, ESA 60 day notice letter |
| | 12/19/2020 | 1.60 | Call w/ EJ Willow team |
| | 12/20/2020 | 2.40 | Revise PI harm |
| | 12/20/2020 | 2.40 | Review RA & GP declarations, case materials, ESA burden-shifting cases |
| | 12/20/2020 | 0.40 | Email re alternatives claim w/ J Lieb |
| | 12/21/2020 | 2.20 | Revise PI |
| | 12/21/2020 | 0.80 | Review new declarations |
| | 12/21/2020 | 1.50 | Review merits draft |
| | 12/21/2020 | 0.50 | Call w/ Willow team |

| Date | Hours | Description |
|---|---|---|
| 12/21/2020 | 1.70 | Review complaint |
| 12/22/2020 | 6.50 | Revise PI, discuss w/ Willow team |
| 12/23/2020 | 3.70 | Review discussion re exhibits, population level harm |
| 12/23/2020 | 1.50 | Review final complaint |
| 12/24/2020 | 1.50 | Revise PI |
| 12/24/2020 | 1.00 | Review proposed order, declarations |
| 12/24/2020 | 3.10 | Research "stronger likelihood", "assume follow law" and "statutory auth and alternatives" |
| 12/26/2020 | 1.50 | Draft motion for scheduling order for PI |
| 1/4/2021 | 0.50 | Review, discuss via email draft scheduling order |
| 1/16/2021 | 1.70 | Review response briefs |
| 1/16/2021 | 1.00 | Discuss plan for reply with EJ team |
| 1/17/2021 | 6.50 | Draft harm section of reply |
| 1/18/2021 | 3.70 | Draft harm section of reply |
| 1/19/2021 | 6.20 | Draft harm section of reply; review Trustees' draft |
| 1/20/2021 | 7.00 | Revise reply |
| 1/21/2021 | 8.50 | Revise reply |
| 1/22/2021 | 1.00 | Review final reply and edits and emails re same |
| 1/28/2021 | 0.50 | Discuss Willow permit timing w/ EJ team, implications of admin order |
| 2/2/2021 | 1.00 | Call w/ team re PI |
| 2/2/2021 | 1.00 | Review D. Ct PI denial |
| 2/2/2021 | 2.70 | Draft harm section |
| 2/2/2021 | 1.00 | Emails w/ EJ team re decision |
| 2/3/2021 | 3.50 | Review Fed. Reg. preambles |
| 2/3/2021 | 0.50 | Review IPA for Dist. Ct. |
| 2/3/2021 | 2.00 | Research agency discretion |
| 2/3/2021 | 0.50 | Review motions and proposed orders |
| 2/3/2021 | 2.00 | Research site specific cases |
| 2/4/2021 | 4.00 | Research presumption of reviewability |
| 2/4/2021 | 3.00 | SOL caselaw re concerning |
| 2/4/2021 | 1.20 | Revise harm section for IPA |
| 2/5/2021 | 2.50 | Revise IPA |
| 2/5/2021 | 3.70 | NPRPA research |
| 2/6/2021 | 0.50 | Review Trustees' IPA |
| 2/7/2021 | 0.80 | Review D Ct IPA, email EJ team re SOL issues |
| 2/9/2021 | 0.60 | Discuss Willow w/ J. Lieb and I. Dooley |
| 2/10/2021 | 8.00 | Research IPAs in 9th; review response briefs, draft harm |
| 2/11/2021 | 2.20 | Revise harm |
| 2/11/2021 | 1.50 | Review/revise draft motion for IPA in 9th and motions re same |
| 2/11/2021 | 1.50 | Review defendants' exhibits |
| 2/14/2021 | 0.80 | Review 9th cir order; emails w/ EJ team re same |
| 2/17/2021 | 2.50 | Willow opening brief call w/ EJ team; review record emails |
| 2/19/2021 | 2.70 | Legislative history research; call w/ EJ team re schedule; call w/ Trustees re same |
| 2/20/2021 | 2.50 | Legislative history research; review emails re scheduling |
| 2/21/2021 | 3.70 | Legislative history research; call w/ EJ team re schedule |
| 2/22/2021 | 3.20 | Legislative history research |
| 2/23/2021 | 1.60 | Emails re appeal settlement |
| 2/23/2021 | 0.60 | Appeal settlement discussion w/ team |
| 2/24/2021 | 0.70 | Emails re appeal settlement |
| 3/2/2021 | 1.80 | Review E. Grafe feedback on SOL memo |
| 3/3/2021 | 0.50 | Review amended complaint |
| 3/5/2021 | 2.30 | Review draft motion to dismiss; research SOL |
| 3/9/2021 | 2.70 | Revise memo; research judicial review on public lands |
| 3/10/2021 | 1.70 | Call w/ R. Ahtuangarak; revise SOL research |
| 3/15/2021 | 0.40 | Emails re scheduling order |
| 3/23/2021 | 3.60 | Emails w/ EJ team re Willow record; ESA caselaw research |

| Date | Hours | Description |
|---|---|---|
| 3/24/2021 | 3.80 | Emails w/ J. Lieb and I. Dooley re Willow; research ESA ITS issues and email w/ K. Monsell re same |
| 3/25/2021 | 2.40 | Review answer; email w/ EJ team re same and re schedule |
| 3/26/2021 | 3.60 | Emails re scheduling; email w/ I. Korhonen and K. Monsell re ESA record; research ESA issues; review mtns |
| 3/31/2021 | 1.20 | Discuss ESA claims w/ K. Monsell; review ESA claims |
| 4/5/2021 | 3.50 | Review and discuss briefing order; review caribou argument, email re same |
| 4/6/2021 | 3.30 | Review plan for Willow brief; research SOL |
| 4/7/2021 | 2.40 | Research SOL |
| 4/8/2021 | 1.80 | Consider ESA context and discuss w/ J. Lieb |
| 4/8/2021 | 1.00 | Review updates to Rosemary's dec |
| 4/9/2021 | 6.70 | Research SOL and possible defenses and replies to ESA |
| 4/12/2021 | 4.20 | Research SOL and possible defenses and replies to ESA |
| 4/13/2021 | 0.50 | Review emails and edits to Rosemary's dec |
| 4/13/2021 | 3.00 | Draft possible defenses to ESA |
| 4/14/2021 | 1.00 | Review BiOp |
| 4/14/2021 | 2.00 | Draft possible defenses to ESA |
| 4/14/2021 | 1.50 | Review draft brief |
| 4/15/2021 | 4.20 | Review research re standard for intervention and email discussion re same; ESA research |
| 4/19/2021 | 5.00 | Review record re caribou and revise argument; emails w/ team re same; review response to SOA motion to intervene |
| 4/20/2021 | 5.70 | Revise ESA argument; review record re caribou; call w/ E. Jorgensen; emails w/ I. Korhonen re cites |
| 4/21/2021 | 4.50 | Revise brief |
| 4/21/2021 | 0.50 | Emails w/ team re SOL revisions |
| 4/21/2021 | 0.50 | Review TfA draft and emails re SOL |
| 4/21/2021 | 0.50 | Review Fair declaration |
| 4/21/2021 | 1.50 | Review record for exhaustion re caribou and email team re same |
| 4/22/2021 | 7.70 | Team mtg; draft revisions; review cite checks |
| 4/23/2021 | 6.00 | Revisions to brief |
| 4/23/2021 | 1.00 | Email w/ TfA re brief; emails w/ K. Monsell re same |
| 4/26/2021 | 0.80 | Review final brief |
| 5/30/2021 | 4.30 | Draft ESA section |
| 5/31/2021 | 6.20 | Draft ESA section |
| 6/2/2021 | 5.10 | Discuss claims w/ I. Dooley; discuss caribou maps w/ EJ team; review opposition briefs |
| 6/3/2021 | 4.50 | Draft reply |
| 6/4/2021 | 5.70 | Draft reply; discuss w/ E. Jorgensen |
| 6/5/2021 | 4.40 | Revise draft of ESA reply |
| 6/7/2021 | 6.20 | Draft reply |
| 6/8/2021 | 2.70 | Discuss presumption w/ E. Grafe, research ESA cases |
| 6/9/2021 | 5.20 | Revise reply ESA; review applicability of new ESA regs; call w/ E. Jorgensen to discuss brief |
| 6/10/2021 | 1.50 | Revisions to ESA section |
| 6/11/2021 | 4.80 | Review changes to ESA section; draft mtn for judicial notice, review brief, EJ team emails re same |
| 6/14/2021 | 2.60 | Review analysis of presumption issues; review TfA and EJ final submissions |
| 6/18/2021 | 1.50 | Emails re oral argument schedule |
| 6/21/2021 | 3.10 | Review JA doc, discuss oral argument schedule |
| 6/24/2021 | 0.10 | Review order |
| 7/1/2021 | 0.50 | Emails re OA |
| 7/6/2021 | 3.20 | Draft OA questions; call w/ EJ team to practice |
| 7/7/2021 | 1.00 | Willow OA discussion |
| 7/8/2021 | 1.30 | Willow OA practice |
| 7/12/2021 | 1.00 | Oral argument |
| 7/14/2021 | 0.80 | Discuss w/ S. Saunders and review notice of appearance |
| 7/16/2021 | 0.80 | Emails w/ EJ team re record supplement |

|  |  |  |  |
|---|---|---|---|
|  | 7/19/2021 | 1.10 | Emails w/ EJ team re record supplement and response |
|  | 8/26/2021 | 0.70 | Review research and emails re intervenor appeal |
|  | **Total:** | **302.90** |  |
| **Jorgensen, Eric** | 09/18/2020 | 1.00 | Meeting Jeremy re claims/schedule |
|  | 09/21/2020 | 1.40 | Review alternatives research and telcon Jeremy and Ian re missing information and alternatives issues |
|  | 09/22/2020 | 0.50 | Telcon Jeremy re claims assessment |
|  | 09/24/2020 | 1.60 | Review and revise client memo/telcon Jeremy |
|  | 09/25/2020 | 1.20 | Review and revise client memo |
|  | 10/14/2020 | 0.60 | Telcon re clients/standing affiants and coordination with Trustees |
|  | 10/16/2020 | 1.10 | Telcon Jeremy and Ian re claims and work plan |
|  | 10/27/2020 | 2.00 | Jeremy re complaint/review draft |
|  | 10/28/2020 | 1.00 | Meeting re complaint/clients |
|  | 11/04/2020 | 2.30 | Review climate claim memo/review memo re NPRPA issue/telcon re claims assessment |
|  | 11/09/2020 | 1.30 | Telcon Jeremy and Ian re claims assessment |
|  | 11/10/2020 | 0.70 | Review ESA memo |
|  | 11/11/2020 | 1.30 | Review materials re Willow claims |
|  | 11/12/2020 | 1.20 | Meeting re claims |
|  | 11/12/2020 | 0.70 | Review memo re ESA claims |
|  | 11/17/2020 | 1.00 | Meeting re claims |
|  | 11/25/2020 | 3.20 | Review and revise complaint/email |
|  | 11/27/2020 | 1.90 | Misc re ESA claims and notice letter |
|  | 11/29/2020 | 2.20 | Review complaint/mtg staff |
|  | 12/04/2020 | 1.80 | Meeting re PB issues/prep and followup |
|  | 12/04/2020 | 0.90 | Review and revise draft complaint |
|  | 12/09/2020 | 1.00 | Mtg re claims/complaint |
|  | 12/11/2020 | 2.80 | Review and revise draft complaint |
|  | 12/15/2020 | 1.80 | Meeting re complaint, plaintiffs, PI/ followup re same |
|  | 12/16/2020 | 0.20 | Layla re PI issue |
|  | 12/17/2020 | 2.20 | Review revised complaint/CBD edits/telcon Jeremy re same/Jeremy re PI issues |
|  | 12/18/2020 | 1.20 | Review and revise complaint |
|  | 12/18/2020 | 1.60 | Misc re PI |
|  | 12/19/2020 | 3.60 | Review draft complaint and meeting re complaint and PI |
|  | 12/20/2020 | 2.10 | Review and revise draft PI motion |
|  | 12/20/2020 | 2.20 | Review and revise draft complaint |
|  | 12/21/2020 | 4.30 | Review and revise harm section for PI draft/misc re complaint |
|  | 12/21/2020 | 1.00 | Telcon Jeremy re work plan/mtg re draft PI sections with Jeremy and Layla |
|  | 12/22/2020 | 4.80 | Misc re PI motion/review and revise |
|  | 12/22/2020 | 1.10 | Misc re harm declarations |
|  | 12/23/2020 | 1.00 | Misc re standing declarants/doc citation |
|  | 12/23/2020 | 4.50 | Review revised draft motion for PI/telcon Jeremy re intervention |
|  | 12/24/2020 | 4.80 | Review and revise PI motion/misc re scheduling issues |
|  | 12/31/2020 | 0.30 | Misc re briefing schedule |
|  | 01/04/2021 | 1.10 | Misc re briefing schedule |
|  | 01/07/2021 | 0.30 | Telcon Jeremy re PI reply |
|  | 01/08/2021 | 0.40 | Misc re PI/record issues |
|  | 01/12/2021 | 0.30 | Misc re response length |
|  | 01/13/2021 | 0.40 | Misc re response briefs-overlength motion |
|  | 01/14/2021 | 1.00 | Misc re reply work plan |
|  | 01/16/2021 | 2.20 | Review PI responses |
|  | 01/16/2021 | 1.00 | Meeting re reply |
|  | 01/17/2021 | 2.80 | Review and revise drafts re PI reply/harms/emails re same |
|  | 01/18/2021 | 3.50 | Review and revise draft reply sections |
|  | 01/19/2021 | 4.20 | Review and revise reply sections/harm, alternatives |
|  | 01/20/2021 | 6.80 | Review and revise reply sections/misc emails, etc re same |
|  | 01/21/2021 | 7.50 | Review and revise PI reply brief/misc telcons re same |

| Date | Hours | Description |
|---|---|---|
| 02/01/2021 | 3.40 | Review PI decision/telcon re appeal and other options |
| 02/02/2021 | 2.60 | Misc emails and telcons re appeal and injunction options |
| 02/02/2021 | 0.70 | Review and revise injunction pending appeal draft |
| 02/03/2021 | 0.30 | Misc re govt extension request |
| 02/03/2021 | 5.80 | Review and revise draft args re injunction pending appeal/emails re same |
| 02/06/2021 | 0.90 | Misc re D CT injunction order/followup |
| 02/08/2021 | 0.80 | Misc re appeal schedule/mediation/DOI contacts |
| 02/09/2021 | 0.60 | Meeting re PI reply brief |
| 02/10/2021 | 11.60 | Review response briefs/mtg and misc re reply/review and revise drafts |
| 02/13/2021 | 1.10 | Review injunction order/misc re same |
| 02/17/2021 | 1.70 | Meeting re opening brief/followup emails |
| 02/18/2021 | 0.80 | Call Jeremy re record and DOJ mtg/case scheulde and admin review |
| 02/19/2021 | 1.90 | Meetings re schedule/record/DOJ and followup |
| 02/22/2021 | 0.60 | Misc re case schedule |
| 02/23/2021 | 1.40 | Telcon parties re appeal stipulation/review and revise draft/telcons Jeremy and email re same |
| 02/24/2021 | 0.90 | Review revised stipulation/telcons Jeremy re same |
| 02/25/2021 | 0.80 | Misc re PI appeal resolution |
| 02/26/2021 | 0.60 | Misc re stipulation and filing |
| 02/26/2021 | 0.30 | Review amended complaint |
| 03/01/2021 | 0.80 | Misc re 9th Cir settlement/schedule |
| 03/04/2021 | 0.90 | Review and revise motion to dismiss |
| 03/05/2021 | 0.70 | Misc re appeal dismissal |
| 03/19/2021 | 0.70 | Meeting Layla re ESA issues/brief plan |
| 03/25/2021 | 0.30 | Jeremy re case schedule and motion |
| 03/26/2021 | 0.70 | Misc re scheduling |
| 04/01/2021 | 1.30 | Review and revise scheduling reply/email re same |
| 04/02/2021 | 1.10 | Misc emails and discussion re opening brief preparation |
| 04/08/2021 | 0.30 | Misc re NSB intervention req |
| 04/15/2021 | 1.00 | Mtg Layla re ESA argument |
| 04/15/2021 | 2.20 | Review draft brief/telcon Jeremy re caribou argument and misc |
| 04/16/2021 | 4.90 | Review draft opening brief and meeting Jeremy re same |
| 04/19/2021 | 8.50 | Review revised brief draft/revise and emails re same/meeting Layla re ESA arg |
| 04/20/2021 | 3.80 | Meeting re ESA and other brief sections with staff/ review alternatives sections and telcon Jeremy re same/review and revise ESA sections |
| 04/21/2021 | 2.50 | Review and revise Willow brief |
| 04/22/2021 | 5.60 | Review and revise opening brief/emails re same/mtg team re same |
| 04/23/2021 | 2.60 | Review and revise opening brief/emails re same |
| 05/19/2021 | 0.50 | Misc re oral argument |
| 05/20/2021 | 0.30 | Jeremy re response to govt request re briefs |
| 05/20/2021 | 0.50 | Telcon team re reply brief plan |
| 05/28/2021 | 1.00 | Meeting re reply brief work plan |
| 06/01/2021 | 1.60 | Review draft ESA reply/notes re same |
| 06/02/2021 | 0.60 | Meeting Layla re ESA draft |
| 06/04/2021 | 1.00 | Layla re ESA arg |
| 06/04/2021 | 4.20 | Misc re reply/review and revise ESA arg |
| 06/05/2021 | 4.60 | Review and revise GHG/review SOL outline/misc review |
| 06/06/2021 | 5.90 | Review and revise draft reply/alternatives/SOL |
| 06/07/2021 | 5.20 | Review and revise draft reply/mtg staff re same |
| 06/08/2021 | 4.50 | Review and revise draft reply |
| 06/08/2021 | 0.80 | Mtg Jeremy/ESA section/caribou |
| 06/09/2021 | 9.20 | Review and revise draft reply |
| 06/10/2021 | 8.60 | Review and revise draft reply/emails and telcons staff re same |
| 06/11/2021 | 5.60 | Review and revise reply |
| 07/06/2021 | 2.00 | Oral arg prep |
| 07/07/2021 | 1.60 | Call and oral arg prep |
| 07/08/2021 | 1.80 | Oral arg prep |

|  |  |  |  |
|---|---|---|---|
|  | 07/09/2021 | 1.90 | Oral arg prep |
|  | 07/11/2021 | 1.20 | Arg prep mtg |
|  | 07/12/2021 | 2.20 | Oral arg and follow-up |
|  | 07/18/2021 | 0.40 | Misc re leases/record |
|  | **Total:** | **240.80** |  |
| **Korhonen-Penn, Iris** | 11/19/2020 | 1.00 | Draft 60-day notice letter |
|  | 11/19/2020 | 0.10 | Greenpeace description for complaint |
|  | 11/20/2020 | 2.00 | Draft 60-day notice letter |
|  | 11/23/2020 | 2.00 | Review and edit draft complaint; prep visuals |
|  | 12/02/2020 | 0.30 | Review TFAs edits to Rose's declaration; email team; respond to Suzanne |
|  | 12/16/2020 | 1.00 | Draft notice of related case and case initiating documents |
|  | 12/18/2020 | 1.00 | Cite check 60-day ltr |
|  | 12/18/2020 | 1.00 | Team mtg re PI |
|  | 12/19/2020 | 0.20 | Email CBD re declarations |
|  | 12/19/2020 | 0.10 | Email Dan R re decl |
|  | 12/19/2020 | 1.00 | Draft FOE org declaration |
|  | 12/19/2020 | 1.50 | Edits to GP declaration; email to team and declarant |
|  | 12/20/2020 | 1.00 | Finalize case intiating docs |
|  | 12/20/2020 | 0.20 | Finalize FOE decl |
|  | 12/20/2020 | 1.00 | Edit Greenpeace declaration |
|  | 12/20/2020 | 4.00 | Rose's declaration (call with Rose, edits with Sarah, finalize and send) |
|  | 12/22/2020 | 8.00 | PI; declarations |
|  | 12/23/2020 | 8.00 | PI |
|  | 12/24/2020 | 7.50 | PI; edit motion, proof, draft PO, finalize declaration |
|  | 01/11/2021 | 0.50 | Draft affidavit of service of summons and complaint |
|  | 01/11/2021 | 0.30 | Draft Notice of appearance for Ian |
|  | 01/16/2021 | 2.00 | PI reply (cpai climate change) |
|  | 01/16/2021 | 1.00 | Record issues |
|  | 01/17/2021 | 2.00 | Record issues; coordinate with Linda H re Disco |
|  | 01/18/2021 | 0.50 | Record issues |
|  | 01/19/2021 | 2.00 | PI reply exhibits etc |
|  | 01/19/2021 | 1.00 | Record issues, Disco |
|  | 01/20/2021 | 5.00 | PI reply |
|  | 01/21/2021 | 0.30 | Motion for excess pages, finalize |
|  | 01/21/2021 | 5.50 | PI reply; finalize exhbits, proof brief |
|  | 01/29/2021 | 0.50 | Standing relations; email declarants |
|  | 02/02/2021 | 3.00 | Appeal prep |
|  | 02/04/2021 | 5.00 | Appeal, emergency motion |
|  | 02/05/2021 | 1.00 | Mot to stay deadlines |
|  | 02/05/2021 | 8.00 | Willow appeal, emergency mot |
|  | 02/09/2021 | 2.00 | Rules, create template, etc for PI reply |
|  | 02/10/2021 | 8.00 | Willow IPA reply |
|  | 02/11/2021 | 4.50 | Willow IPA reply |
|  | 02/12/2021 | 0.50 | Record issues |
|  | 02/12/2021 | 2.00 | Post IPA reply work |
|  | 02/21/2021 | 0.50 | Joint proposed briefing schedule |
|  | 02/26/2021 | 1.00 | Compare joint stipulations, edit, and finalize |
|  | 03/01/2021 | 4.00 | Motion for leave to file, amended complaint |
|  | 03/23/2021 | 0.20 | Joint appendix email |
|  | 03/24/2021 | 2.50 | Motion to allign schedules, expedite |
|  | 03/30/2021 | 0.10 | Email re citations and AR |
|  | 04/01/2021 | 1.00 | Cite check reply re mot to allign |
|  | 04/01/2021 | 0.20 | Review draft reply re mot to allign schedules |
|  | 04/06/2021 | 0.20 | Format standing section of SJ brief |
|  | 04/08/2021 | 1.50 | Compile pieces for the draft SJ brief |
|  | 04/08/2021 | 0.20 | Draft response to NSB mot to intervene |
|  | 04/09/2021 | 0.20 | Finalize response to NSB intervention |

|  | 04/13/2021 | 2.00 | SJ opening brief, find and input AR pin cites |
|---|---|---|---|
|  | 04/14/2021 | 3.00 | Support for facts section of SJ opening brief |
|  | 04/16/2021 | 1.00 | Jeff Fair and Dan Ritzman, updates to declarations for SJ brief |
|  | 04/16/2021 | 0.50 | Draft and file resp to SOA mot to intervene; emails to team re same |
|  | 04/16/2021 | 1.50 | Pull cites / sources for SJ opening brief |
|  | 04/21/2021 | 0.50 | Review Steiner and Greenpeace decl |
|  | 04/21/2021 | 1.50 | SJ opening brief, cite check related research, supporting docs |
|  | 04/22/2021 | 2.00 | Review/edit sj opening brief; Responses to cite check |
|  | 04/23/2021 | 2.50 | Proof SJ opening brief |
|  | 04/23/2021 | 0.50 | Review exhibits |
|  | 04/23/2021 | 0.70 | Table of authorities |
|  | 06/01/2021 | 3.00 | Research TCH habitat overlap with Willow vis-a-vis GMT |
|  | 06/08/2021 | 2.50 | SJ reply, edit citations |
|  | 06/09/2021 | 1.00 | SJ reply, edit citations |
|  | 06/09/2021 | 1.50 | Recreate draft reply after corruption issues |
|  | 06/11/2021 | 3.00 | Proof SJ reply brief |
|  | 06/11/2021 | 1.20 | West check, TOA |
|  | 06/16/2021 | 0.20 | JA planning |
|  | 06/17/2021 | 1.30 | Review CPAI's draft JA index; Coordinate with Emma and Jeremy re work on JA |
|  | 06/18/2021 | 4.00 | JA |
|  | 06/20/2021 | 4.00 | JA, review and finalize designations |
|  | 06/20/2021 | 0.70 | Notice re oral argument |
|  | 06/21/2021 | 2.50 | Finalize JA designations |
|  | 06/21/2021 | 0.20 | Call appeals clerk re filing logistics; email team re same |
|  | 06/24/2021 | 0.50 | JA - emails w Jeremy and prep |
|  | 06/25/2021 | 1.00 | Review JA, communicate missing document |
|  | 06/29/2021 | 1.30 | OA materials |
|  | 10/18/2021 | 0.50 | EAJA deadline, research rules and calendar |
|  | **Total:** | **151.20** |  |
| **Lieb, Jeremy** | 09/02/2020 | 0.10 | FoE email |
|  | 09/02/2020 | 0.70 | Update to Eric |
|  | 09/08/2020 | 0.10 | Client email |
|  | 09/08/2020 | 0.30 | Email re status of Willow research |
|  | 09/08/2020 | 0.30 | Email re Willow research |
|  | 09/09/2020 | 0.40 | Research re cumulative impacts and tiering |
|  | 09/09/2020 | 0.90 | Research re statute of limitations |
|  | 09/09/2020 | 1.60 | Research re alternatives |
|  | 09/09/2020 | 0.30 | Email to client re meeting |
|  | 09/14/2020 | 2.50 | Alternatives research |
|  | 09/15/2020 | 2.10 | Alternatives research |
|  | 09/16/2020 | 0.50 | Email to clients |
|  | 09/16/2020 | 2.00 | Email to Eric re Willow |
|  | 09/18/2020 | 0.70 | Revise client memo |
|  | 09/18/2020 | 0.90 | Meeting with Ian and Eric |
|  | 09/18/2020 | 0.10 | Email to Rebecca re memo |
|  | 09/20/2020 | 3.70 | Revise client memo |
|  | 09/24/2020 | 0.10 | Call with Eric |
|  | 09/27/2020 | 0.20 | Client emails |
|  | 09/28/2020 | 0.40 | Revise client memo |
|  | 10/01/2020 | 3.70 | Draft complaint |
|  | 10/05/2020 | 1.90 | Claims research |
|  | 10/06/2020 | 0.70 | Claims reasearch |
|  | 10/07/2020 | 3.60 | Claims research |
|  | 10/12/2020 | 0.50 | Call with Eric and Ian re draft complaint |
|  | 10/12/2020 | 0.50 | Prep for call with Eric and Ian re Willow and winter exploration |
|  | 10/13/2020 | 0.90 | Review polar bear study |
|  | 10/13/2020 | 1.80 | Draft complaint |

| Date | Hours | Description |
|---|---|---|
| 10/14/2020 | 2.50 | Review polar bear materials |
| 10/15/2020 | 2.10 | Draft complaint |
| 10/16/2020 | 0.40 | Email to Ian and Eric re draft complaint |
| 10/16/2020 | 4.40 | Draft complaint |
| 10/21/2020 | 0.40 | Call with Eric re draft complaint |
| 10/22/2020 | 0.70 | Draft complaint |
| 10/23/2020 | 2.80 | Draft complaint |
| 10/25/2020 | 3.70 | Draft complaint |
| 10/26/2020 | 6.80 | Draft complaint |
| 10/27/2020 | 2.80 | Review Willow ROD |
| 10/28/2020 | 1.50 | Review BiOp |
| 10/28/2020 | 1.60 | Research climate claim |
| 10/28/2020 | 2.10 | Research re effect of ROD on claims |
| 10/29/2020 | 1.00 | Update to clients re BiOp and ROD |
| 10/29/2020 | 1.10 | Claims research |
| 10/29/2020 | 2.60 | Research re climate claim |
| 10/30/2020 | 0.70 | Email to clients |
| 10/30/2020 | 5.30 | Climate claim research |
| 11/09/2020 | 0.50 | Review client's research on BiOp |
| 11/09/2020 | 1.60 | Claims research |
| 11/09/2020 | 0.50 | Email clients |
| 11/11/2020 | 0.50 | Review declaration |
| 11/11/2020 | 2.50 | Research re climate claim |
| 11/11/2020 | 0.20 | Email to client re draft complaint |
| 11/11/2020 | 0.20 | Research re alternatives |
| 11/11/2020 | 2.20 | Memo re climate and alternatives |
| 11/12/2020 | 1.50 | Willow meeting |
| 11/12/2020 | 0.90 | Prep for Willow meeting |
| 11/13/2020 | 2.00 | ESA research |
| 11/13/2020 | 0.60 | Call with client re potential claims |
| 11/13/2020 | 0.80 | Email re ESA claims |
| 11/13/2020 | 2.40 | Draft complaint |
| 11/15/2020 | 2.70 | Alternatives memo |
| 11/18/2020 | 3.20 | Draft complaint |
| 11/19/2020 | 4.20 | Draft complaint |
| 11/19/2020 | 0.90 | Update clients |
| 11/20/2020 | 4.50 | Revise complaint |
| 11/23/2020 | 0.30 | Revise complaint |
| 11/25/2020 | 0.50 | Email clients |
| 11/28/2020 | 1.40 | Revise complaint |
| 11/29/2020 | 2.50 | Revise complaint |
| 11/29/2020 | 1.50 | Meeting with Eric and Ian re Willow complaint |
| 11/29/2020 | 1.50 | Email to client re ESA issues |
| 11/30/2020 | 3.10 | Draft Willow complaint |
| 12/09/2020 | 0.20 | Communicate with clients re complaint |
| 12/09/2020 | 0.40 | Call Tim Donaghy re Willow |
| 12/09/2020 | 1.20 | Meeting re Willow complaint |
| 12/10/2020 | 4.40 | Draft complaint |
| 12/10/2020 | 0.50 | Review liberty decision |
| 12/11/2020 | 4.10 | Revise draft complaint |
| 12/11/2020 | 1.60 | Discuss ESA claims |
| 12/14/2020 | 1.30 | Edit complaint |
| 12/14/2020 | 0.10 | Review edits to complaint |
| 12/15/2020 | 1.50 | Willow meeting |
| 12/15/2020 | 2.70 | PI research |
| 12/15/2020 | 0.40 | Prep complaint for cite check |
| 12/15/2020 | 0.20 | Determine proper defendants for Willow case |
| 12/15/2020 | 0.10 | Willow meeting |

| Date | Hours | Description |
|---|---|---|
| 12/15/2020 | 0.30 | Prep for Willow meeting |
| 12/15/2020 | 3.00 | Research ESA claims |
| 12/16/2020 | 1.30 | Review ESA research |
| 12/16/2020 | 0.80 | Review edits to complaint |
| 12/16/2020 | 3.70 | PI argument |
| 12/17/2020 | 1.10 | PI research |
| 12/17/2020 | 0.50 | Email to clients |
| 12/17/2020 | 0.70 | PI research |
| 12/17/2020 | 0.60 | Call with Eric |
| 12/17/2020 | 1.30 | Review 60-day notice letter |
| 12/17/2020 | 2.70 | Post cite check edits to complaint |
| 12/18/2020 | 0.60 | Review declarations |
| 12/18/2020 | 3.40 | PI research |
| 12/18/2020 | 1.00 | Email to client re PI |
| 12/18/2020 | 1.00 | Meeting re PI decision |
| 12/19/2020 | 0.60 | Review Tim's declaration |
| 12/19/2020 | 1.00 | Willow meeting |
| 12/19/2020 | 1.10 | Draft PI motion |
| 12/19/2020 | 0.30 | Case initiating documents |
| 12/19/2020 | 0.30 | Call Iris re filing |
| 12/19/2020 | 1.40 | Email clients |
| 12/20/2020 | 3.40 | Draft PI motion |
| 12/20/2020 | 0.80 | Review statement of related cases |
| 12/20/2020 | 3.90 | Final edits to complaint |
| 12/21/2020 | 0.50 | Call with Eric re PI |
| 12/21/2020 | 0.50 | Meeting re PI |
| 12/21/2020 | 9.20 | Draft PI motion |
| 12/21/2020 | 0.70 | Declarations |
| 12/21/2020 | 0.70 | Review 60 day notice letter |
| 12/21/2020 | 0.50 | Review final complaint |
| 12/21/2020 | 0.70 | Final edits to complaint |
| 12/22/2020 | 2.10 | Willow PI meeting |
| 12/22/2020 | 9.90 | Draft PI |
| 12/23/2020 | 8.60 | Draft PI motion |
| 12/23/2020 | 6.70 | Finalize PI motion |
| 12/24/2020 | 0.40 | Finalize PI motion |
| 12/24/2020 | 1.60 | Proofread PI motion |
| 12/24/2020 | 0.30 | Email to clients |
| 12/24/2020 | 1.00 | Email to Defendants counsel |
| 12/30/2020 | 0.90 | Proposed schedule |
| 01/04/2021 | 3.50 | Stipulated scheduling motion |
| 01/06/2021 | 0.40 | Finalize scheduling motion |
| 01/07/2021 | 0.30 | Call with Eric |
| 01/07/2021 | 3.00 | Review materials and oral argument prep |
| 01/08/2021 | 2.70 | Research re preliminary injunction harm standard |
| 01/08/2021 | 0.40 | Communicate with government council re admin record |
| 01/08/2021 | 0.60 | Scheduling questions |
| 01/12/2021 | 0.50 | Discuss motion to file single brief |
| 01/12/2021 | 0.50 | Email to DOJ re status report and scheduling motion |
| 01/13/2021 | 3.00 | Research re climate claim |
| 01/13/2021 | 1.00 | Communicate with SILA plaintiffs' counsel re intervenors motion for single brief |
| 01/14/2021 | 0.80 | Review GHG documents |
| 01/14/2021 | 3.50 | GHG argument |
| 01/15/2021 | 0.20 | Schedule for record review |
| 01/15/2021 | 2.50 | Research re irreparable harm |
| 01/15/2021 | 0.30 | Communicate with DOJ re record delivery and review |
| 01/15/2021 | 1.40 | Response re request to file amicus |
| 01/15/2021 | 2.50 | Review response brief |

| Date | Hours | Description |
|---|---|---|
| 01/16/2021 | 3.50 | Reply brief. Statute of limitations |
| 01/16/2021 | 0.90 | Reply - GHG section |
| 01/16/2021 | 0.60 | Review ASRC brief |
| 01/17/2021 | 2.00 | Review admin record |
| 01/17/2021 | 9.00 | Draft reply - GHG section |
| 01/18/2021 | 2.20 | Draft GHG reply |
| 01/18/2021 | 7.80 | Draft alternatives reply |
| 01/18/2021 | 1.40 | Call with SILA plaintiffs' counsel re reply brief |
| 01/19/2021 | 1.00 | Edits to harm section |
| 01/19/2021 | 2.70 | Draft statute of limitations section |
| 01/19/2021 | 3.10 | Review harm section |
| 01/20/2021 | 2.50 | Draft GHG section |
| 01/20/2021 | 0.60 | Email re cite check |
| 01/20/2021 | 0.20 | Revise reply |
| 01/20/2021 | 3.90 | Draft alternatives |
| 01/20/2021 | 5.40 | Edit reply brief |
| 01/20/2021 | 1.60 | Email defendant's counsel re page limit extension |
| 01/21/2021 | 0.90 | Finalize brief |
| 01/21/2021 | 0.20 | Review motion for overlenght brief |
| 01/21/2021 | 6.50 | Edit reply brief |
| 01/22/2021 | 0.50 | Oral argument discussion |
| 02/01/2021 | 1.20 | Review decision denying PI |
| 02/01/2021 | 1.40 | Discuss emergency appeal with SILA plaintiffs' counsel |
| 02/01/2021 | 3.90 | Draft motion for injunction pending appeal |
| 02/02/2021 | 1.20 | Communicate to clients re appeal |
| 02/02/2021 | 0.30 | Email to opposing counsel re position on Willow motion |
| 02/02/2021 | 1.00 | Discussion re Willow appeal |
| 02/02/2021 | 5.40 | Draft motion for injunction pending appeal |
| 02/03/2021 | 0.30 | Communicate with defendants counsel |
| 02/03/2021 | 3.60 | Finalize district court motion for injunction pending appeal and related documents |
| 02/03/2021 | 0.60 | Research effect of answer on summary judgment motion |
| 02/03/2021 | 3.80 | Draft Ninth Circuit motion for relief pending appeal |
| 02/03/2021 | 0.70 | Communicate with Court re emergency motion |
| 02/04/2021 | 7.90 | Draft motion for injunction pending appeal |
| 02/04/2021 | 0.80 | Draft motion to stay deadlines |
| 02/04/2021 | 1.00 | Communicate with opposing counsel re emergency motion |
| 02/05/2021 | 0.40 | Email to motions clerk |
| 02/05/2021 | 1.00 | Communicate with opposing counsel re deadlines |
| 02/05/2021 | 12.20 | Draft motion for injunction pending appeal |
| 02/06/2021 | 1.00 | Review district court order granting injunction pending appeal |
| 02/06/2021 | 0.40 | Email to clients re injunction pending appeal |
| 02/06/2021 | 0.40 | Email to Ninth Circuit motions clerk |
| 02/08/2021 | 1.30 | Mediation questionnaire. |
| 02/08/2021 | 0.30 | Strategy re AR review |
| 02/08/2021 | 0.20 | Schedule for injunction pending appeal |
| 02/09/2021 | 0.50 | Email to Layla re reply brief plan |
| 02/09/2021 | 0.60 | Meeting re reply |
| 02/09/2021 | 0.20 | Email to ASRC counsel |
| 02/10/2021 | 21.80 | Draft, edit reply brief re motion for injunction pending appeal |
| 02/11/2021 | 1.50 | Filing issue re motion for injunction pending appeal |
| 02/12/2021 | 0.40 | Email DOJ |
| 02/12/2021 | 2.40 | Cite check supplemental complaint |
| 02/13/2021 | 0.50 | Email to clients |
| 02/16/2021 | 1.00 | AR review meeting |
| 02/17/2021 | 0.90 | SOL research |
| 02/17/2021 | 0.10 | Email to DOJ re Willow |
| 02/19/2021 | 0.20 | Review email re AR |
| 02/19/2021 | 1.60 | Meeting re schedule |

| Date | Hours | Description |
|---|---|---|
| 02/19/2021 | 0.50 | Call with DOJ |
| 02/19/2021 | 0.60 | Email to opposing counsel re schedule |
| 02/19/2021 | 1.50 | Call Eric re schedule |
| 02/21/2021 | 0.50 | Email to SILA plaintiffs' counsel re schedule |
| 02/21/2021 | 0.30 | Review Conoco's scheduling proposal. |
| 02/21/2021 | 1.00 | Email to DOJ re schedule |
| 02/22/2021 | 1.00 | Draft proposed schedule |
| 02/22/2021 | 0.20 | Email to DOJ re briefing schedule. |
| 02/23/2021 | 0.60 | Pre meeting re appeal settlement |
| 02/23/2021 | 2.40 | Draft proposed stipulation and order |
| 02/23/2021 | 0.60 | Email to other parties re litigation settlement |
| 02/23/2021 | 1.00 | Email to clients re potential for appeal settlement |
| 02/23/2021 | 0.80 | Appeal settlement meeting |
| 02/24/2021 | 1.00 | Email to clients re appeal settlement |
| 02/24/2021 | 0.80 | Call client re settlement discussion |
| 02/24/2021 | 1.60 | Settlement discussions |
| 02/24/2021 | 0.40 | Settlement discussions |
| 02/24/2021 | 0.50 | Email to other parties re stipulation |
| 02/25/2021 | 1.30 | Update draft Ninth Circuit settlement stipulation |
| 02/25/2021 | 0.40 | Call SILA plaintiffs' counsel re settlement issues |
| 02/25/2021 | 0.60 | Email to other parties re settlement. |
| 02/25/2021 | 0.50 | Email to other parties re settlement |
| 02/25/2021 | 0.80 | Reach out to mediator |
| 02/25/2021 | 0.30 | Call with client re appeal settlement |
| 02/25/2021 | 0.70 | Settlement questions |
| 02/25/2021 | 0.80 | Email to clients re status of appeal settlement |
| 02/26/2021 | 1.90 | Draft amended complaint |
| 02/26/2021 | 1.10 | Meeting re amended complaint |
| 02/26/2021 | 0.70 | Email clients re stipulation and amended complaint |
| 02/26/2021 | 1.30 | Finalize stipulation for filing |
| 03/01/2021 | 0.50 | Review SOL research |
| 03/01/2021 | 2.70 | Draft motion to file amended complaint |
| 03/01/2021 | 5.50 | Finalize amended complaint |
| 03/01/2021 | 0.20 | Email to circuit mediator |
| 03/02/2021 | 1.10 | Meeting re strategy for Willow work |
| 03/02/2021 | 0.50 | Strategy and planning |
| 03/02/2021 | 0.30 | Email clients re settlement |
| 03/02/2021 | 0.20 | Discuss response re 60 day stay |
| 03/03/2021 | 0.70 | Draft motion to dismiss appeal |
| 03/03/2021 | 0.20 | Review briefing schedule |
| 03/04/2021 | 0.10 | Response to DOJ |
| 03/04/2021 | 1.30 | Draft motion to dismiss |
| 03/05/2021 | 0.60 | Finalize motion to dismiss |
| 03/15/2021 | 0.20 | Email re Willow schedule |
| 03/15/2021 | 0.30 | Schedule meeting re Willow briefing |
| 03/15/2021 | 0.10 | Willow and IAP scheduling |
| 03/15/2021 | 0.10 | Email re Willow AR |
| 03/16/2021 | 0.30 | Email to SILA plaintiffs' counsel re schedule |
| 03/16/2021 | 1.40 | Brief planning and strategy |
| 03/16/2021 | 0.30 | Discussion re communication with mediator |
| 03/17/2021 | 1.50 | Brief plan and strategy meeting |
| 03/23/2021 | 0.20 | Email to clients |
| 03/23/2021 | 1.30 | Email to DOJ |
| 03/24/2021 | 2.30 | Draft statute of limitations section of summary judgment brief |
| 03/24/2021 | 1.80 | Research re caribou claim |
| 03/25/2021 | 0.20 | Email to intervenor counsel |
| 03/25/2021 | 0.20 | Email to DOJ |
| 03/25/2021 | 2.30 | Draft scheduling motion |

| Date | Hours | Description |
|---|---|---|
| 03/25/2021 | 2.80 | Draft statute of limitations argument |
| 03/25/2021 | 0.20 | Email to Trustees re briefing schedule |
| 03/25/2021 | 0.30 | Review answer |
| 03/26/2021 | 0.30 | Draft summary judgment brief statute of limitations argument |
| 03/26/2021 | 1.60 | Draft statute of limitations section |
| 03/26/2021 | 0.60 | Call with SILA plaintiffs' counsel re scheduling |
| 03/26/2021 | 0.30 | Call clerks office re motion to expedite |
| 03/26/2021 | 2.30 | Draft scheduling motion |
| 03/26/2021 | 0.30 | Email to intervenor counsel |
| 03/28/2021 | 3.30 | Draft statute of limitations section |
| 03/29/2021 | 0.20 | Email to SILA plaintiffs' counsel re schedule |
| 03/30/2021 | 0.50 | Email to clients |
| 03/30/2021 | 1.70 | Draft climate section of opening brief |
| 03/31/2021 | 0.30 | Review response to scheduling motion |
| 03/31/2021 | 3.10 | Draft reply to motion |
| 03/31/2021 | 1.80 | Draft climate and alternatives sections |
| 04/01/2021 | 2.10 | Draft climate and alternatives section of brief |
| 04/01/2021 | 1.00 | Finalize reply re scheduling motion |
| 04/01/2021 | 2.40 | Draft reply re scheduling motion |
| 04/02/2021 | 3.80 | Draft climate and alternatives sections of summary judgment brief. |
| 04/03/2021 | 3.50 | Draft opening brief caribou section |
| 04/08/2021 | 0.60 | Draft response to NSB's motion to intervene |
| 04/12/2021 | 1.10 | Draft opening brief facts |
| 04/13/2021 | 6.50 | Draft opening brief facts |
| 04/14/2021 | 2.50 | Draft brief statute of limitations section |
| 04/15/2021 | 2.80 | Caribou claim research |
| 04/15/2021 | 1.00 | Call with Eric re brief |
| 04/15/2021 | 1.70 | Call Eric re caribou |
| 04/16/2021 | 6.10 | Draft opening brief |
| 04/16/2021 | 1.50 | Call with Eric re brief |
| 04/16/2021 | 1.20 | Research re caribou argument |
| 04/18/2021 | 5.00 | Draft brief |
| 04/19/2021 | 0.30 | Email to clients re intervention |
| 04/19/2021 | 0.60 | Review Jeff Fair declaration |
| 04/19/2021 | 8.00 | Draft opening brief |
| 04/20/2021 | 0.30 | Email to clients re draft brief |
| 04/20/2021 | 0.70 | Prep brief for cite check |
| 04/20/2021 | 5.70 | Draft opening brief |
| 04/21/2021 | 1.30 | Draft opening brief |
| 04/21/2021 | 0.60 | Draft opening brief |
| 04/21/2021 | 2.20 | Research re caribou argument |
| 04/22/2021 | 3.80 | Draft opening brief |
| 04/22/2021 | 3.20 | Post cite check edits to brief |
| 04/23/2021 | 0.30 | Email final brief to clients |
| 04/23/2021 | 1.80 | Finalize brief for filing |
| 04/23/2021 | 4.00 | Proofread brief |
| 04/23/2021 | 3.10 | Final post-cite edits to brief |
| 05/20/2021 | 0.60 | Willow brief planning meeting |
| 05/20/2021 | 0.30 | Response re words for response brief |
| 05/27/2021 | 5.40 | Review response briefs |
| 05/28/2021 | 1.00 | Willow reply planning meeting |
| 06/01/2021 | 5.70 | Draft reply brief. Climate argument |
| 06/02/2021 | 5.20 | Draft reply brief ghg section |
| 06/03/2021 | 3.60 | Draft reply alternatives |
| 06/03/2021 | 3.60 | Draft reply brief ghg section |
| 06/04/2021 | 6.10 | Draft reply brief alternatives |
| 06/04/2021 | 0.30 | Email to SILA plaintiffs' counsel re reply brief |
| 06/04/2021 | 0.60 | Review caribou outline |

| Date | Hours | Description |
|---|---|---|
| 06/04/2021 | 0.40 | Email re status of Willow reply draft |
| 06/04/2021 | 0.10 | GHG alternatives |
| 06/04/2021 | 0.10 | Review GHG research |
| 06/05/2021 | 3.60 | Revise reply ghg draft |
| 06/05/2021 | 2.40 | Review caribou draft |
| 06/06/2021 | 1.40 | Draft reply brief |
| 06/07/2021 | 2.40 | Willow draft alternatives reply |
| 06/07/2021 | 0.10 | Review reply caribou section |
| 06/07/2021 | 0.50 | Draft reply brief |
| 06/07/2021 | 0.20 | Manage cite check for reply brief |
| 06/07/2021 | 5.00 | Draft reply brief ghg argument |
| 06/08/2021 | 3.90 | Alternatives draft |
| 06/08/2021 | 0.40 | Reply brief intro |
| 06/08/2021 | 0.80 | Meeting re caribou draft |
| 06/08/2021 | 3.20 | Draft relief section of reply brief |
| 06/08/2021 | 0.40 | Manage cite check |
| 06/09/2021 | 2.30 | Reply caribou draft |
| 06/09/2021 | 2.30 | Manage reply cite check |
| 06/09/2021 | 3.20 | Revise reply brief |
| 06/10/2021 | 5.30 | Revise reply brief |
| 06/10/2021 | 0.30 | Manage willow cite check |
| 06/10/2021 | 0.80 | Revise reply ghg argument |
| 06/10/2021 | 2.10 | Edit reply brief |
| 06/10/2021 | 0.20 | Email draft brief to clients |
| 06/11/2021 | 6.50 | Revise reply brief |
| 06/11/2021 | 4.50 | Finalize brief |
| 06/16/2021 | 1.80 | Questions re administrative record |
| 06/17/2021 | 0.40 | Review oral argument notice |
| 06/17/2021 | 0.10 | Call with Iris re Willow JA |
| 06/17/2021 | 0.30 | Call with SILA plaintiffs' counsel re oral argument schedule |
| 06/17/2021 | 1.10 | Review draft JA |
| 06/18/2021 | 0.60 | Draft notice re oral argument schedule |
| 06/20/2021 | 0.60 | Finalize notice re oral argument |
| 06/21/2021 | 0.40 | Call with SILA plaintiffs' counsel re oral argument schedule |
| 06/21/2021 | 3.00 | Review JA |
| 06/21/2021 | 0.30 | Oral argument prep |
| 06/21/2021 | 0.30 | Email excerpts to Conoco's attorneys |
| 06/21/2021 | 0.50 | Review Conoco's response re oral argument schedule |
| 06/22/2021 | 0.60 | Email clients re oral argument schedule |
| 06/23/2021 | 0.30 | Discuss response to government's proposed motion for remote argument |
| 06/23/2021 | 5.80 | Oral argument prep |
| 06/24/2021 | 0.20 | Email to Conoco's attorneys re filing JA |
| 06/24/2021 | 0.60 | Response to government's proposal to appear by video |
| 06/24/2021 | 2.30 | Oral argument prep |
| 06/25/2021 | 2.80 | Oral argument prep |
| 06/25/2021 | 0.80 | Question re joint appendix |
| 06/25/2021 | 0.70 | Oral argument prep |
| 06/27/2021 | 1.10 | Oral argument prep |
| 06/28/2021 | 1.10 | Oral argument prep |
| 06/29/2021 | 0.30 | Email to SILA plaintiffs' counsel re oral argument |
| 06/30/2021 | 2.70 | Oral argument prep |
| 06/30/2021 | 0.50 | Call with SILA plaintiffs' counsel re oral argument |
| 07/01/2021 | 3.20 | Oral argument prep |
| 07/02/2021 | 3.20 | Oral argument prep |
| 07/03/2021 | 3.40 | Oral argument prep |
| 07/05/2021 | 3.30 | Oral argument prep |
| 07/06/2021 | 1.60 | Moot argument |
| 07/06/2021 | 4.80 | Oral argument prep |

|  |  |  |  |
|---|---|---|---|
|  | 07/07/2021 | 7.20 | Oral argument prep |
|  | 07/08/2021 | 4.80 | Oral argument prep |
|  | 07/09/2021 | 5.70 | Oral argument prep |
|  | 07/10/2021 | 1.50 | Oral argument prep |
|  | 07/11/2021 | 6.60 | Oral argument prep |
|  | 07/12/2021 | 2.00 | Prep for oral argument |
|  | 07/12/2021 | 2.10 | Oral argument |
|  | 07/16/2021 | 2.60 | Response to government's supplementation of the record |
|  | 07/17/2021 | 0.50 | Draft response to government's notice supplementing record |
|  | 07/18/2021 | 1.30 | Draft response to government's notice supplmenting the record |
|  | 07/19/2021 | 0.20 | Finalize response to record supplement |
|  | 08/10/2021 | 1.20 | Review BLM AR issue |
|  | 08/18/2021 | 3.10 | Review Willow decision |
|  | 08/18/2021 | 1.10 | Communicate with clients re Willow decision |
|  | **Total:** | **703.90** |  |
| **Saunders, Sarah** | 12/16/2020 | 2.50 | Complaint cite check |
|  | 12/24/2020 | 0.70 | Check declaration pin cites in PI motion |
|  | 01/21/2021 | 3.00 | Cite check PI reply |
|  | 02/05/2021 | 1.10 | Cite check Ninth IPA motion |
|  | 02/10/2021 | 2.00 | Cite check IPA reply |
|  | 04/21/2021 | 5.60 | Opening brief cite check |
|  | 04/22/2021 | 1.60 | Opening brief cite check |
|  | 04/22/2021 | 0.80 | Opening brief cite check - standing section |
|  | 04/23/2021 | 0.20 | Opening brief cite check |
|  | 06/10/2021 | 0.10 | Reply cite check |
|  | 06/10/2021 | 2.80 | Reply brief cite check |
|  | **Total:** | **20.40** |  |
|  | **Grand Total:** | **1,788.50** |  |