## COSTS SUMMARY TABLE

| Description | Amount |
|---|---|
| Court Filing Fees | $907.00 |
| Electronic Research | $107.90 |
| Postage | $138.40 |
| Telephone | $9.29 |
| **Total:** | **$1,162.59** |

**Exhibit 3, Attachment B, page 1 of 1**