# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:20-cv-00308-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | ) |
| *Defendants*, | ) |
| CONOCOPHILLIPS ALASKA, INC. *et al.*, | ) |
| *Intervenor-Defendants*. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEY'S FEES AND EXPENSES**

Upon consideration of Plaintiffs' Center for Biological Diversity and Friends of the Earth's (Applicants) Application for Attorney's Fees and Expenses Under 28 U.S.C. § 2412(d), Doc. ___, and all material submitted in support thereof and in opposition thereto, it is hereby ORDERED that the application is GRANTED.

Defendants United States Bureau of Land Management *et al.*, shall pay to Center for Biological Diversity and Friends of the Earth $531,203.00 in attorney's fees and $1,162.59. Any checks or electronic fund transfers shall be made payable to the Applicants' counsel Earthjustice.

SO ORDERED this ___ day of _____, 2021.

_____
SHARON L. GLEASON
United States District Judge