Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org

Eric P. Jorgensen
Layla A. Hughes
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org
E: lhughes@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | )<br>) Case No. 3:20-cv-00308-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | )<br>) |
| *Defendants*, | )<br>) |
| CONOCOPHILLIPS ALASKA, INC. *et al.*, | )<br>)<br>) |
| *Intervenor-Defendants*. | )<br>)<br>) |

**PLAINTIFFS AND FEDERAL DEFENDANTS' JOINT MOTION TO STAY
BRIEFING FOR ATTORNEY'S FEES AND EXPENSES**

Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc. (Plaintiffs) and Federal Defendants jointly move to stay briefing on Plaintiffs' Application for Attorney's Fees and Expenses under 28 U.S.C. § 2412 (Doc. 124).[1] Under the Equal Access to Justice Act (EAJA), Plaintiffs must apply for an award of attorney's fees and other expenses "within thirty days of final judgment." 28 U.S.C. §2412(d)(1)(B). The Court entered judgment on August 19, 2021. Doc. 123. The Federal Defendants had a 60-day period following the entry of judgment in which to appeal. Fed. R. App. P. 4(a)(1)(B). The Federal Defendants did not appeal by the October 19, 2021 deadline, making any motion for attorney's fees under EAJA due by November 18, 2021. 28 U.S.C. § 2412(d)(1)(B), (d)(2).

The parties will attempt to resolve this matter through negotiation and do not want to incur additional fees and expenses unnecessarily. Accordingly, the parties ask the Court to stay briefing and submission of additional or modified materials supporting or contesting Plaintiffs' motion for 90 days. At that time, the parties will file a status report updating the Court on the status of their negotiations. If settlement negotiations have been unsuccessful, the parties will file an agreed-to schedule for the completion of briefing on Plaintiffs' motion, including the submission of additional or modified materials in support or opposition. The parties further agree that they will not raise any objection to the timeliness or completeness of Plaintiffs' motion, or of any opposition to

---

[1] Plaintiffs do not seek any fees or expenses from Intervenor-Defendants. They, therefore, are not a party to this motion.

Plaintiffs' motion, resulting from this stay if settlement cannot be reached.

Respectfully submitted this 18th day of November, 2021.

*s/ Jeremy Lieb*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Erik Grafe (Alaska Bar No. 0804010)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Ian S. Dooley (Alaska Bar No. 2006059)
Layla A. Hughes (Alaska Bar No. 0312094)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc.*


TODD KIM
Assistant Attorney General

*s/ Caitlin Cipicchio (consent)*
Caitlin Cipicchio
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Email: caitlin.cipicchio@usdoj.gov
Telephone: (202) 305-0503
Mailing Address:
4 Constitution Square
150 M St. NE
Washington, DC 2002

*s/ Rickey D. Turner, Jr. (consent)*
Rickey D. Turner, Jr.
Senior Attorney (CO Bar No. 35383)
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

        *s/ Laura Glickman (consent)*
        Laura Glickman
        U.S. Department of Justice
        Environment and Natural Resources Division
        4 Constitution Square
        150 M Street
        Washington, D.C. 20002
        (202) 514-6390
        laura.glickman@usdoj.gov

        *Attorneys for Federal Defendants*

# CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 285 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(1).

Respectfully submitted this 18th day of November, 2021.

*s/ Jeremy Lieb*
Jeremy Lieb
