Jeremy C. Lieb
Erik Grafe
Ian S. Dooley
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: jlieb@earthjustice.org
E: egrafe@earthjustice.org
E: idooley@earthjustice.org

Eric P. Jorgensen
Layla A. Hughes
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org
E: lhughes@earthjustice.org

*Attorneys for Plaintiffs Center for Biological Diversity et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | )<br>) Case No. 3:20-cv-00308-SLG |
| BUREAU OF LAND MANAGEMENT *et al.*, | )<br>) |
| *Defendants*, | )<br>) |
| CONOCOPHILLIPS ALASKA, INC. *et al.*, | )<br>)<br>) |
| *Intervenor-Defendants*. | )<br>)<br>) |

## JOINT STATUS REPORT REGARDING PARTIES' SETTLEMENT NEGOTIATIONS

Plaintiffs and Federal Defendants submit this joint status report in accordance with the Court's April 26, 2022, Order, Doc. 132, requiring an updated status report by June 17, 2022. The parties have reached a settlement of Plaintiffs' application seeking attorney's fees and expenses. Once the payment is made, Plaintiffs will file notice with the Court that their application for fees and expenses, Doc. 124, is fully resolved.

Respectfully submitted this 13th day of June, 2022.

*s/ Jeremy Lieb*
Jeremy C. Lieb (Alaska Bar No. 1810088)
Erik Grafe (Alaska Bar No. 0804010)
Ian S. Dooley (Alaska Bar No. 2006059)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Layla A. Hughes (Alaska Bar No. 0312094)
EARTHJUSTICE

*Attorneys for Plaintiffs Center for Biological Diversity, Friends of the Earth, and Greenpeace, Inc.*

TODD KIM
Assistant Attorney General
United States Department of Justice Environment and
Natural Resources Div.

SHANNON BOYLAN
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
202-598-9584
shannon.boylan@usdoj.gov

*s/ Rickey D. Turner, Jr. (consent)*
RICKEY D. TURNER, JR.
Senior Attorney
Wildlife and Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
(303) 844-1373
rickey.turner@usdoj.gov

*Counsel for Federal Defendants*